# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AKAPHONG SOMEE,

    *Petitioner*,

vs.

RAY HOBBS, *et al.*,

    *Respondents*.

2:13-cv-01190-JCM-PAL

ORDER

    IT IS ORDERED that petitioner's motion (#11) for enlargement of time is GRANTED and that the time for petitioner to file an amended petition is extended up to and including October 10, 2014, subject to the caveats regarding extensions in the court's prior order (#10) with respect to the limitation period.

    IT FURTHER IS ORDERED that the prior order (#10) is MODIFIED such that respondents shall file a response to the amended petition within **sixty (60) days** of service, with all procedural defenses, if any, being raised in a single consolidated motion to dismiss rather than included with the merits in an answer.

    IT FURTHER IS ORDERED that the prior order (#10) additionally is MODIFIED such that **the hard copies of any exhibits shall be delivered to the clerk in Reno.**

    DATED: September 26, 2014.

                                                     _____
                                                     JAMES C. MAHAN
                                                     United States District Judge