# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AKAPHONG SOMEE,

    *Petitioner*,

vs.

RAY HOBBS, *et al.*,

    *Respondents*.

2:13-cv-01190-JCM-PAL

ORDER

    IT IS ORDERED that petitioner's third motion for enlargement of time (#15) is GRANTED and that the time for petitioner to file an amended petition is extended up to and including February 12, 2015, subject to the caveats regarding extensions in the court's prior order (#10) with respect to the limitation period.

    IT FURTHER IS ORDERED that petitioner's second motion for enlargement of time (#14) is GRANTED nunc pro tunc.

    IT FURTHER IS ORDERED that petitioner is reminded that **the hard copies of any exhibits shall be delivered to the clerk in Reno.**

    DATED: December 11, 2014.

_____
JAMES C. MAHAN
United States District Judge