UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AKAPHONG SOMEE,

                      Petitioner,

    v.

RAY HOBBS, et al.,

                    Respondents.

Case No. 2:13-cv-01190-JCM-PAL

ORDER

      This counseled first-amended 28 U.S.C. § 2254 habeas petition is before the court on motions for extension of time by both parties.  Good cause appearing,

      **IT IS ORDERED** that respondents' motion for extension of time to file an answer (ECF No. 34) is **GRANTED** *nunc pro tunc*.

      **IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file his reply in support of the petition (ECF No. 36) is **GRANTED** *nunc pro tunc*.

      DATED: January 13, 2017.

                              _____
                              JAMES C. MAHAN
                              UNITED STATES DISTRICT JUDGE